UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE 600 ALABAMA | Case No: C 09-4672 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On October 1, 2009, Appellants Lilly Chiang and John Sullivan filed a notice of appeal from a ruling of the bankruptcy court. Federal Rule of Bankruptcy Procedure 8006 requires an appellant to file with the bankruptcy court clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within ten days after filing the notice of appeal. Upon perfection and entry of the record on the District Court's docket, the appellant has twenty-eight days to file his opening brief. (Docket 2.) Although more than eight months have lapsed since Appellants Chiang and Sullivan initiated this appeal, they have not filed an opening brief nor is there any indication that they have perfected the record for appeal. Accordingly,

IT IS HEREBY ORDERED THAT Appellants shall show cause in writing why the instant appeal should not be dismissed under Rule 41(b) for failure to prosecute. By no later than June 30, 2010, Appellants shall file a memorandum explaining why the appeal should not be dismissed. The memorandum, which shall be entitled, "Response to Order to Show Cause," shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: June 25, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE 600 ALABAMA et al,

      Plaintiff,

  v.

IN RE 600 ALABAMA et al,

      Defendant.
_____/

Case Number: CV09-04672 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Dennis Montali
US Bankruptcy Court
Northern District of California
P. O. Box 7341
235 Pine Street
San Francisco, CA 94120-7341

Dated: June 25, 2010

                                Richard W. Wieking, Clerk

                                By: LISA R CLARK, Deputy Clerk